*Stein Saks*
*N*
*514483*

**UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**

INDEX #: 2:19-CV-14620-ES-SCM

Attorneys:  Company: STEIN SAKS, PLLC PH: (201) 282-6500 x115
Address: 285 PASSAIC STREET HACKENSACK, NJ 07601

Date Filed: 07/02/2019

Client's File No.:

*ERIC STOBEZKI*

vs                                                                                   Plaintiff

*EQUIFAX INFORMATION SERVICES LLC, ET AL*

Defendant

STATE OF ___NJ___ , COUNTY OF ___Ocean___  SS.:          **AFFIDAVIT OF SERVICE**

___Calvin Coleman___ , being duly sworn deposes and says:          at ___1:30 pm·___

Deponent is not a party herein, is over 18 years of age. On ___7/11/19___
at ___100 CHARLES EWING BLVD, STE 160, EWING, NJ 08628___ , deponent served the within
___SUMMONS IN A CIVIL CASE , COMPLAINT  DEMAND FOR JURY TRIAL___

on:  **TRANS UNION, LLC C/O THE PRENTICE HALL CORPORATION SYSTEM, INC.** , _____ therein named.

**#1 INDIVIDUAL** ☐   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** ☒   By delivering thereat a true copy of each to ___Johnnie Myers___ and that deponent knew the person so served to be the ___In Charge of Reg Agents office___ of the corporation, and authorized to to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** ☐   By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [  ] actual place of business    [  ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** ☐   By affixing a true copy of each to the door of said premises, which is recipient's:    [  ] actual place of business [  ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called

thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#5 MAIL COPY** ☐   On _____ , deponent completed service under the last two sections by depositing a copy of the documents listed above to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____ .
☐ and by Certified Mail # _____ .

**#6 NON-SRVC** ☐   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:   [  ] Unknown at Address    [  ] Evading    [  ] Moved left no forwarding [  ] Address does not exist    [  ] Other: _____

**#7 DESCRIPTION** (use with #1, 2 or 3)   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: ___M___   Color of skin: ___Black___   Color of hair: ___Black___   Age: ___30___   Height: ___6'___
Weight: ___180___   Other Features: _____

**#8 WIT FEES**   Subpoena Fee Tendered in the amount of

**#9 MILITARYSRVC** ☐   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military u

**#10 OTHER** ☐   _____

Sworn to before me on ___12 JUL 2019___

___Calvin Coleman___ 7/14/19

Please Print Name Below Signature
*Calvin Coleman ·*
Job # 514483

**THERESA A. DINGMAN**
NOTARY PUBLIC OF NEW JERSEY
Comm. # 2227754
My Commission Expires 4/15/2023