**UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**

STEIN SAKS
N
514478

**INDEX #:** 2:19-CV-14620-ES-SCM

**Date Filed:** 07/02/2019

Attorneys: Company: STEIN SAKS, PLLC PH: (201) 282-6500 x115
Address: 285 PASSAIC STREET HACKENSACK, NJ 07601

**Client's File No.:**

ERIC STOBEZKI

*Plaintiff*

vs

EQUIFAX INFORMATION SERVICES LLC, ET AL

*Defendant*

STATE OF __NJ__, COUNTY OF __OCEAN__ SS.:   **AFFIDAVIT OF SERVICE**

__CALVIN COLEMAN__, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On __12 JUL 2019__ at __3:09 PM__
at __820 BEAR TAVERN ROAD, WEST TRENTON, NJ 08628__, deponent served the within
__SUMMONS IN A CIVIL CASE , COMPLAINT  DEMAND FOR JURY TRIAL__

on: **EXPERIAN INFORMATION SOLUTIONS, INC. C/O CORPORATION TRUST COMPANY** therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X] By delivering thereat a true copy of each to __BREON THOMPSON__ and that deponent knew the person so served to be the __PERSON IN CHARGE AT THE REGISTERED AGENT OFFICE__ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#5 MAIL COPY** [ ] On _____, deponent completed service under the last two sections by depositing a copy of the documents listed above to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.
[ ] and by Certified Mail # _____.

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding
[ ] Address does not exist  [ ] Other: _____

**#7 DESCRIPTION** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: __M__  Color of skin: __BLACK__  Color of hair: __BLACK__  Age: __30__  Height: __5'5__
Weight: __140__  Other Features: __GLASSES__

**#8 WIT FEES** Subpoena Fee Tendered in the amount of _____

**#9 MILITARY SRVC** Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military u

**#10 OTHER** _____

Sworn to before me on __12 JUL 2019__

_signature_ 7/12/19

THERESA A. DINGMAN
NOTARY PUBLIC OF NEW JERSEY
Comm. # 2227754
My Commission Expires 4/15/2023

Please Print Name Below Signature
CALVIN COLEMAN
Job # 514478