514481

UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

INDEX #: 2:19-CV-14620-ES-SCM

Attorneys: Company: STEIN SAKS, PLLC PH: (201) 282-6500 x115
Address: 285 PASSAIC STREET HACKENSACK, NJ 07601

Date Filed: 07/02/2019

Client's File No.:

ERIC STOBEZKI

vs

EQUIFAX INFORMATION SERVICES LLC, ET AL

Plaintiff

Defendant

STATE OF __NJ__, COUNTY OF __Ocean__ SS.: **AFFIDAVIT OF SERVICE**

__Calvin Coleman__, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On __7/19/19__ at __3:35 P.M.__
at __100 CHARLES EWING BLVD, STE 160, EWING, NJ 08628__, deponent served the within
__SUMMONS IN A CIVIL CASE, COMPLAINT DEMAND FOR JURY TRIAL__

on: **EQUIFAX INFORMATION SERVICES, LLC C/O THE PRENTICE HALL CORPORATION SYSTEM, INC.**, _____ therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [X] By delivering thereat a true copy of each to __John Myers__ and that deponent knew the person so served to be the _____ of the corporation, and authorized to to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____

#5 MAIL COPY [ ] On ____, deponent completed service under the last two sections by depositing a copy of the documents listed above to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of ____.
[ ] and by Certified Mail # ____

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: ____

#7 DESCRIPTION A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: __M__  Color of skin: __Black__  Color of hair: __Black__  Age: __35__  Height: __5'9__
Weight: __150__  Other Features: ____

#8 WIT FEES [ ] Subpoena Fee Tendered in the amount of

#9 MILITARY SRVC [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of ____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military u

#10 OTHER [ ] ____

Sworn to before me on __22 Jul 2019__

_signature_

THERESA A. DINGMAN
NOTARY PUBLIC OF NEW JERSEY
Comm. # 2227754
My Commission Expires 4/18/2023

_signature_ 7/22/19
Please Print Name Below Signature
Calvin Coleman
Job # 514481