Attorneys: Company: STEIN SAKS, PLLC PH: (201) 282-6500 x115
Address: 285 PASSAIC STREET HACKENSACK, NJ 07601

Date Filed: 07/02/2019

Client's File No.:

## ERIC STOBEZKI

vs

## EQUIFAX INFORMATION SERVICES LLC, ET AL

Plaintiff

Defendant

STATE OF __CONNECTICUT__, COUNTY OF __HARTFORD__ SS.: **AFFIDAVIT OF SERVICE**

__ALAN E. JONES__, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On __JULY 11, 2019__ at __3:20 PM__
at __50 WESTON STREET, HARTFORD, CT 06120__, deponent served the within
__SUMMONS IN A CIVIL CASE, COMPLAINT DEMAND FOR JURY TRIAL__

on: **FRONTIER COMMUNICATIONS CORPORATION C/O CORPORATION SERVICE COMPANY**, __DEFENDANT__ therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [XX] By delivering thereat a true copy of each to __MICHELE TAYLOR__ and that deponent knew the person so served to be the __AUTHORIZE AGENT__ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#5 MAIL COPY** [ ] On _____, deponent completed service under the last two sections by depositing a copy of the documents listed above to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.
[ ] and by Certified Mail # _____

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

**#7 DESCRIPTION** [XX] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __FEMALE__ Color of skin: __BLACK__ Color of hair: __GRAY__ Age: __55-65__ Height: __5'3-5'6__
Weight: __120-140__ Other Features: __GLASSES__

**#8 WIT FEES** [ ] Subpoena Fee Tendered in the amount of

**#9 MILITARYSRVC** [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military u

**#10 OTHER** [ ] _____

Sworn to before me on __JULY 29, 2019__

_Elyabeth Kulas_

ELIZABETH KULAS
Notary Public
Connecticut
31, 2020

Please Print Name Below Signature
ALAN E. JONES
Job # 514485